Judge _____
Mag. _____
Journal _____
Issue _____
Docketed _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT RIVET** | : | **Case No. C-1-02-164** |
| **Plaintiff** | : | **Judge Dlott** |
| | : | |
| **vs.** | : | |
| | : | **PLAINTIFF'S MOTION** |
| **FORD MOTOR COMPANY** | : | **FOR ADDITIONAL** |
| | : | **EXTENSION OF TIME** |
| **Defendant** | : | |

03 AUG 28 PM 2:49

Granted
Susan J. Dlott
9/3/03

Now comes Plaintiff, and for the reasons set forth in the attached memorandum, requests an additional extension of eight days to file his memorandum in opposition to Defendant's motion for summary judgment.

Respectfully submitted,

David Torchia– 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff

## MEMORANDUM

Plaintiff previously requested and was granted a 10-day extension of time until August 28, 2003 to file his memorandum in opposition to Defendant's motion for summary judgment.

24