**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT RIVET** | : | **Case No. 1:02cv164** |
| **Plaintiff** | : | **Judge Dlott** |
| vs. | : | |
| | : | **PLAINTIFF'S MOTION** |
| **FORD MOTOR COMPANY** | : | **FOR ONE-DAY** |
| | : | **EXTENSION OF TIME** |
| **Defendant** | : | |

Now comes Plaintiff, and for the reasons set forth in the attached memorandum, requests an additional extension of one-day until September 18, 2003 to file his memorandum in opposition to Defendant's motion for summary judgment.

Respectfully submitted,

s/ David Torchia
David Torchia– 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Fax (513) 241-7863
davet@tktlaw.com
Attorney for Plaintiff

**MEMORANDUM**

Plaintiff has previously requested and has been granted extensions of time until September 17, 2003 to file his memorandum in opposition to Defendant's motion for

summary judgment. Completion of Plaintiff's memo and preparation of the appendices has taken longer than anticipated. Counsel needs an extension of one additional day to finish and file the pleading.

The requested extension will not prejudice Defendant or unduly delay the disposition of this case. Accordingly, Plaintiff requests a one-day extension of time until September 18, 2003 to file his memorandum in opposition to Defendant's motion of for summary judgment.

Respectfully submitted,

s/ David Torchia
David Torchia– 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Fax (513) 241-7863
davet@tktlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have served a copy of this document by U.S. Mail to Jeffery L. VanWay, Esq., Baker & Hostetler, LLP, 312 Walnut Street, Suite 3200, Cincinnati, Ohio 45202.

s/ David Torchia
David Torchia