IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT RIVET,                                  :
                                               :
    Plaintiff(s)                               :
                                               :   Case Number: C-1-02-164
    vs.                                        :
                                               :   District Judge Susan J. Dlott
FORD MOTOR COMPANY,                            :
                                               :
    Defendant(s)                               :

ORDER

This matter is before the Court upon the plaintiff's motion for one-day extension of time (Doc. 28). Such motion is hereby GRANTED and the plaintiff shall file his memorandum in opposition to defendant's motion for summary judgment by September 18, 2003.

IT IS SO ORDERED.

                                    ___s/Susan J. Dlott_____
                                    Susan J. Dlott
                                    United States District Judge