UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT RIVET, | : | |
| | : | |
| Plaintiff, | : | Case No. C-1-02-164 |
| | : | |
| v. | : | |
| | : | Judge Dlott |
| FORD MOTOR COMPANY, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT FORD MOTOR COMPANY TO FILE ITS REPLY BRIEF**

Defendant Ford Motor Company ("Ford") respectfully moves this Court to enter an Order extending the deadline for Ford to submit its Reply Brief in support of its Motion for Summary Judgment until October 8, 2003. Plaintiff does not oppose this Motion. A proposed Entry is attached hereto.

Respectfully submitted,

s/ Jeffery L. VanWay

Ellen J. Garling (0043554), Trial Attorney
Jeffery L. VanWay (0069175)
William R. Post (0072655), Of Counsel
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
(614) 228-1541
(614) 462-2616 (facsimile)

Attorneys for Defendant
Ford Motor Company

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served upon David Torchia, Attorney for Plaintiff, Tobias, Kraus & Torchia, 911 Mercantile Library Bldg., 414 Walnut Street, Cincinnati, Ohio 45202, by first-class U.S. mail, postage prepaid, this 1st day of October, 2003.

                                                         s/ Jeffery L. VanWay
                                                         Jeffery L. VanWay, Esq.