UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT RIVET,** | : | |
| | : | |
| **Plaintiff,** | : | Case No. C-1-02-164 |
| | : | |
| v. | : | |
| | : | **Judge Dlott** |
| **FORD MOTOR COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

## ENTRY

Upon Unopposed Motion for Extension of Time, Defendant Ford Motor Company shall have up to and including October 8, 2003 to file its Reply Brief in support of its Motion for Summary Judgment.

**IT IS SO ORDERED.**

    __s/Susan J. Dlott_____
UNITED STATES DISTRICT JUDGE