UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT RIVET,** | : | |
| | : | |
| Plaintiff, | : | Case No. C-1-02-164 |
| | : | |
| v. | : | |
| | : | **Judge Dlott** |
| **FORD MOTOR COMPANY,** | : | |
| | : | |
| Defendant. | : | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT FORD MOTOR COMPANY TO FILE ITS REPLY BRIEF

Defendant Ford Motor Company ("Ford") respectfully moves this Court to enter an Order extending the deadline for Ford to submit its Reply Brief in support of its Motion for Summary Judgment until October 17, 2003. Plaintiff does not oppose this Motion. A proposed Entry is attached hereto.

Respectfully submitted,

s/Ellen J. Garling
Ellen J. Garling (0043554)
Trial Attorney
Jeffrey L. VanWay (0069175)
William R. Post (0072655)
Of Counsel
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
(614) 228-1541
(614) 462-2616 (facsimile)

Attorneys for Defendant
Ford Motor Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2003, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access this filing through the Court's system.

s/Ellen J. Garling  
Ellen J. Garling

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ROBERT RIVET,** | : |
| **Plaintiff,** | : Case No. C-1-02-164 |
| v. | : |
| | : Judge Dlott |
| **FORD MOTOR COMPANY,** | : |
| **Defendant.** | : |

## ENTRY

Upon Unopposed Motion for Extension of Time, Defendant Ford Motor Company shall have up to and including October 17, 2003 to file its Reply Brief in support of its Motion for Summary Judgment.

**IT IS SO ORDERED.**

_____
Judge Dlott