**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT RIVET,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. C-1-02-164** |
| | : | |
| v. | : | |
| | : | **Judge Dlott** |
| **FORD MOTOR COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

**ENTRY**

Upon Unopposed Motion for Extension of Time, Defendant Ford Motor Company shall have up to and including October 17, 2003 to file its Reply Brief in support of its Motion for Summary Judgment.

**IT IS SO ORDERED.**


    \_\_s/Susan J. Dlott_____
    Judge Dlott