**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **ROBERT RIVET,** | : | **CASE NO. C-1:02-164** |
| **Plaintiff,** | : | **(Judge Dlott)** |
| **vs.** | : | |
| **FORD MOTOR COMPANY,** | : | **NOTICE OF APPEARANCE** |
| **Defendant.** | : | |

Notice is hereby given to the Court and counsel for all parties of record that Ted T. Martin, of the law firm Baker & Hostetler LLP, enters his appearance as co-counsel for Defendant, Ford Motor Company, in the above-captioned litigation.

Respectfully submitted,

/s/ Ted T. Martin
Ted T. Martin (0014204)
BAKER & HOSTETLER LLP
312 Walnut Street
Suite 3200
Cincinnati, OH  45202-4074
Telephone: (513) 929-3400
Facsimile: (513) 929-0303
email:  tmartin@bakerlaw.com

Attorneys for Defendant
Ford Motor Company

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served this 21st day of September, 2004, via CM/ECF to all parties entitled to service under Rule 5 of the Federal Rules of Civil Procedure.

/s/ Ted T. Martin
Ted T. Martin          (0014204)

C:\NrPortbl\BARRISTERS\NFISK\500602489_1.DOC