UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Rivet,
    Plaintiff(s),

    v.          Case No. 1:02cv164
              (Watson, J.)

Ford Motor Company,
    Defendant(s).

–
_____

**NOTICE OF SETTLEMENT CONFERENCE**
_____

    Please take notice that the above-captioned case has been set for a settlement conference before the Honorable Michael H. Watson:

Wednesday, January 5, 2005, at 2:00 pm
Room 740 Potter Stewart U.S. Courthouse

    Special Instructions regarding settlement:

    1. All parties must being their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions.

    2. Each counsel must prepare and submit via hand delivery to the Court or via the chamber's email address at: watson_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date. These letters **NEED NOT** be filed with the Clerk's Office nor exchanged with opposing counsel.

Michael H. Watson
United States District Judge


 s/Barbara A. Crum
Courtroom Deputy

cc:    All Counsel
bac    November 18, 2004