UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Rivet,
    Plaintiff,

v.                                 Case No. 1:02cv164
                                    (Watson, J.)

Ford Motor Company,
    Defendant.

### ORDER OF REFERENCE

Pursuant to Western Division Rule 1 and 28 U.S.C. Section 636, the above captioned case is hereby referred to Timothy S. Black, United States Magistrate to conduct a Settlement Conference.

It is so ordered.

_____
Michael H. Watson
United States District Judge

cc:    All Counsel
bac