UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Rivet,
    Plaintiff,

    v.                                      Case No. 1:02cv164
                                             (Watson, J.)

Ford Motor Company,
    Defendant.

**Notice**

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Michael H. Watson on:

Thursday, March 3, 2005, at 9:30 am
Room 740, Potter Stewart U.S. Courthouse

                                             Michael H. Watson
                                             United States District Judge


                                             s/Barbara A. Crum
                                             Courtroom Deputy

cc:    All Counsel
bac    January 27, 2005