UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Rivet,
    Plaintiff,

v.                                           Case No. 1:02cv164
                                             (Watson, J.)

Ford Motor Company,
    Defendant.

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Dorci Gass
**COURT REPORTER:**
**DATE:** March 3, 2005   **TIME:** Commenced 9:30 am   Concluded 9:43 am   Total 13 mins.

Attorney for Plaintiff(s): _____    Attorney for Defendant(s): _____

David Torchia    Ted Martins

_____    _____

### PROCEDURES

✓ Counsel Present.

✓ Schedule set.

✓ Order to issue.

J:\Barbara\Civil\Notices by Case Number\2002\02-164.wpd