UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Rivet,
    Plaintiff,

v.                                                      Case No. 1:02cv164
                                                        (Watson, J.)

Ford Motor Company,
    Defendant.

**CALENDAR ORDER**

This matter shall proceed as follows:

1. Trial Brief: **July 1, 2005**

2. Bench Trial: **July 5, 2005, at 10:00 am, courtroom to be determined**

**IT IS SO ORDERED.**

                                                            /s/ Michael H. Watson
March 3, 2005                                             Michael H. Watson
bac                                                     United States District Judge