UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Rivet,
    Plaintiff

v.                                     Case No. 1:02cv164

Ford Motor Company,                        Judge Michael H. Watson
    Defendant.

_____

NOTICE OF SUBSTITUTION OF TRIAL COUNSEL
_____

Notice is hereby given to the Court and Counsel for all parties of record that Ronald G. Linville, the law firm of Baker & Hostetler LLP, substitutes for Ellen Garling as Trial Counsel for Defendant Ford Motor Company in the above-captioned litigation.

                                          Respectfully submitted,

                                          s/Ronald G. Linville_____
                                          Ronald G. Linville        (0025803)
                                          BAKER & HOSTETLER LLP
                                          65 East State Street
                                          Suite 2100
                                          Columbus, OH  43215
                                          Telephone (614) 462-2647
                                          Facsimile (614)462-2616
                                          Email:  rlinville@bakerlaw.com

                                          Attorney for Defendant
                                          Ford Motor Company

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served this 31st day of May, 2005, via CM/ECF to all parties entitled to service under Rule 5 of the Federal Rules of Civil Procedure.

 

_____
Ronald G. Linville      (0025803)