**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Robert Rivet,

    Plaintiff,

v.                                         Case No. 1:02cv164

Ford Motor Company,           District Judge Michael H. Watson

    Defendant.

### ORDER

As the Court did not conduct a final pretrial in this matter, the parties shall file any motions *in limine* on or before June 28, 2005.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**