UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Robert Rivet, | : | |
| Plaintiff, | : | Case No. C-1-02-164 |
| v. | : | |
| Ford Motor Company, | : | Judge Michael A. Watson |
| Defendant. | : | |

### ORDER

Upon joint motion of the parties, who are currently engaged in serious settlement negotiations but, in good faith, need additional time to complete such negotiations, the trial of this matter is hereby continued to October 3, 2005 at 10:00 a.m. All trial briefs and motions *in limine* must be filed by September 26, 2005.

IT IS SO ORDERED.

June 29, 2005
Date

_____
Judge Michael A. Watson
United States District Court for the
Southern District of Ohio