IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Robert Rivet,** : | |
| : | |
| Plaintiff, : | Case No. C-1-02-164 |
| : | |
| v. : | |
| : | |
| **Ford Motor Company,** : | Judge Michael A. Watson |
| : | |
| Defendant. : | |

### NOTICE OF APPEARANCE OF WILLIAM R. POST
### AS COUNSEL FOR DEFENDANT FORD MOTOR COMPANY

Notice is hereby given to the Court and counsel for all parties of record that Attorney William R. Post, of the law firm Baker & Hostetler LLP, enters his appearance as counsel for Defendant Ford Motor Company in the above-captioned litigation.

Respectfully submitted,

s/William R. Post
Ronald G. Linville (0025803) Trial Attorney
rlinville@bakerlaw.com
William R. Post (0072655) Of Counsel
wpost@bakerlaw.com
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
(614) 228-1541
(614) 462-2616 (facsimile)

Attorneys for Defendant
Ford Motor Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/William R. Post<br>
William R. Post