UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Rivet,
    Plaintiff,

v.

Case No. 1:02cv164
(Watson, J.)

Ford Motor Company,
    Defendant.

## ORDER

Pursuant to notification by the Plaintiff, this matter is hereby settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

bac     September 29, 2005

_____
MICHAEL H. WATSON
United States District Judge