IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Robert Rivet,** | : | |
| | : | |
| Plaintiff, | : | Case No. C-1-02-164 |
| | : | |
| v. | : | |
| | : | |
| **Ford Motor Company,** | : | Judge Michael A. Watson |
| | : | |
| **Defendant.** | : | |

### STIPULATION AND ORDER OF DISMISSAL

The parties having reached agreement in resolution of this matter. Plaintiff's claims against Defendant Ford Motor Company are hereby dismissed with prejudice to refiling. Court costs shall be paid by Defendant Ford.

IT IS SO ORDERED.

_____
Judge Watson

APPROVED:


s/David G. Torchia_____
David G. Torchia (0015962)
davet@tktlaw.com
TOBIAS, KRAUS & TORCHIA
911 Mercantile Library Bldg.
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)

Attorney for Plaintiff
Robert Rivet

s/William R. Post
Ronald G. Linville (0025803)
rlinville@bakerlaw.com
William R. Post (0072655)
wpost@bakerlaw.com
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, OH 43215
(614) 228-1541
(614) 462-2616 (facsimile)

Attorneys for Defendant
Ford Motor Company